MARIE S. LIVINGSTON, Respondent, *v.* CECIL BARRET et al., Individually and as Partners under the Firm Name of SPENCER TRASK & COMPANY, Appellants.

(Argued October 24, 1935; decided January 28, 1936.)

*A. Donald MacKinnon* and *Egbert W. Doughty* for appellants.

*Lloyd Paul Stryker* and *Harold Shapero* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Not sitting: CROUCH and FINCH, JJ.